JAMES A. SANDLES, by his Guardian ad Litem, JOHN SANDLES, Appellant, *v.* MORRIS LEVENSON, Respondent.

*Sandles* v. *Levenson*, 78 App. Div. 306, affirmed.
(Argued November 12, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1903, affirming a judgment in favor of defend-

ant entered upon a dismissal of the complaint by the court at Trial Term.

*Herbert C. Smyth, Sumner B. Stiles* and *Eugene F. Seymour* for appellant.

*Moses Feltenstein* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., HAIGHT, VANN and WERNER, JJ. Dissenting : O'BRIEN, BARTLETT and CULLEN, JJ.